THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN
B. FOREST, Appellant, *v.* FRANK M. WILLIAMS, as
State Engineer and Surveyor of the State of New York,
Respondent.

*People ex rel. Forest* v. *Williams*, 140 App. Div. 723, affirmed.
(Argued October 2, 1911; decided October 17, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 16, 1910, which affirmed an order of Special
Term denying a motion for a peremptory writ of man-
damus to compel defendant to reinstate the relator in the

position of axeman in the office of the division engineer at Rochester

*Albert C. Olp* for appellant.

*Thomas Carmody, Attorney-General (Wilber W. Chambers* of counsel), for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.